

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00066-CR

Kris **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0482-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment is MODIFIED to subtract $600 in court-appointed attorney's fees assessed against appellant Kris Martinez and the judgment is AFFIRMED AS MODIFIED.

Appellate counsel's motion to withdraw is GRANTED.

SIGNED September 22, 2021.

_____
Beth Watkins, Justice